# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

STEPHEN LAUNIKITIS,

     Plaintiff,

v.                                             Case No.: 8:24-cv-2409-LSG

LEE DUDEK,
Commissioner of Social Security,

     Defendant.

_____/


## ORDER

The Commissioner moves unopposed, Doc. 15, to remand this action for further proceedings under sentence four of 42 U.S.C. § 405(g), which says that the reviewing court "shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993). On remand, the defendant will offer the plaintiff the opportunity for a supplemental hearing, complete the administrative record, and issue a new decision. Accordingly, the unopposed motion, Doc. 15, is **GRANTED** and this action is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings.

The Clerk is directed (1) to enter a judgment in favor of the plaintiff and against the defendant, (2) to terminate any pending motions, and (3) to close the case.

**ORDERED** on this 24th day of February, 2025.

LINDSAY S. GRIFFIN
United States Magistrate Judge